Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Robinson, <br><br> Plaintiff, <br> v. <br><br> HYW 80 Springs LLC, <br><br> Defendant. | Case No. 2:23-cv-00578-AC <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

    Plaintiff David Robinson voluntarily dismisses this entire action of all parties and causes of action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    Respectfully submitted,

Dated: June 5, 2023

Law Office of Rick Morin, PC

_____
By: Richard Morin
Attorney for Plaintiff

1
NOTICE OF VOLUNTARY DISMISSAL